Case 4:20-cr-00032-GKF   Document 2 Filed in USDC ND/OK on 02/06/20   Page 1 of 3

FILED

FEB - 6 2020

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20 CR 032 GKF |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [COUNT 1: 18 U.S.C. §§ 2252(a)(2) |
| v. | ) | and (b)(1): Distribution and Receipt |
| | ) | of Child Pornography; |
| DANIEL NATHAN WEST, | ) | COUNT 2: 18 U.S.C. §§ 2252(a)(4)(B) |
| | ) | and 2252(b)(2) – Possession of Child |
| Defendant. | ) | Pornography; |
| | ) | Forfeiture Allegation: 18 U.S.C. § |
| | ) | 2253(a) – Child Pornography |
| | ) | Forfeiture] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. §§ 2252(a)(2) and (b)(1)]**

From on or about May 17, 2019, to on or about December 17, 2019, in the Northern District of Oklahoma and elsewhere, the defendant, **DANIEL NATHAN WEST**, did knowingly distribute and receive visual depictions of a minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been so shipped and transported, by any means including by computer. The production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TWO
### [18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)]

From on or about May 17, 2019, to on or about December 17, 2019, in the Northern District of Oklahoma and elsewhere, the defendant, **DANIEL NATHAN WEST**, knowingly possessed and knowingly accessed with intent to view visual depictions of a minor engaging in sexually explicit conduct in one or more graphic image files and video files. The production of the visual depictions involved the use of at least one prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct. The visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and had been shipped and transported using means and facilities of interstate and foreign commerce, and were produced using materials which had been so mailed and shipped and transported by any means including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATION
**[18 U.S.C. § 2253(a)]**

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

Upon conviction of either of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **DANIEL NATHAN WEST**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes any computers, laptops, cellular phones, and all peripheral equipment, but is not limited to:

**ELECTRONICS**

1. A ZTE cellular phone, Model Z557BL, serial number 320286640278; and

2. A RCA Tablet, unknown identifiers, recovered during the execution of a search warrant at 701 North Sioux Avenue on December 17, 2019.

All pursuant to Title 18, United States Code, Section 2253(a).

R. TRENT SHORES
UNITED STATES ATTORNEY

A TRUE BILL

_____
CHRISTOPHER J. NASSAR
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson